GRACE GRASSE, Respondent, *v.* LOUIS GRASSE, Appellant.

Submitted April 4, 1949; decided April 14, 1949.

*James J. Cally* for motion.

*Dominick J. Parry* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.